

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellees' second motion for extension of time to file their brief is GRANTED.


_____
Karen Angelini, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.


_____
Keith E. Hottle
Clerk of Court